UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   06 CV 0512 (NG) (MDG)
UNITED STATES OF AMERICA,

                          **Plaintiff,**

    - against -                                       **ORDER**

**RALPH MILLS,**

                          **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      In this action to recover money owed in connection with a student loan, plaintiff, on April 10, 2006, filed a motion for default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on April 11, 2006. The Court now grants judgment by default to plaintiff pursuant to Rule 55(b)(2) and awards plaintiff the following relief: $2,819.91, representing the outstanding principal owed on the loan; $3,495.73, representing pre-judgment interest; $250.00, representing the costs of this action; and $1,313.13, representing attorney's fees calculated at a flat rate of 20% of the total debt, for a total award of $7,878.77.

      The Clerk of Court is directed to enter judgment for plaintiff in the amount of $7,878.77.

                                                  **SO ORDERED.**

                                            /S/
                                     **NINA GERSHON**
                                     **United States District Judge**

Dated: Brooklyn, New York
       April 13, 2006